FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MAY 12 PM 4: 40

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| MELVIN CARR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. CV409-187 |
| | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which no objections have been filed.  After a careful de novo review of the record, the Report and Recommendation is **ADOPTED** as the Court's Opinion in this case.  Accordingly, Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** for lack of jurisdiction.  The **Clerk of Court** is **DIRECTED** to **close this case**.

SO ORDERED this _12th_ day of May, 2010.


WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA